UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI POPE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 15-cv-03617-MEJ<br><br>**ORDER RE: MOTION TO DISMISS AND REQUEST TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 5, 10 |

Pending before the Court is Defendant United Healthcare Insurance Company's Motion to Dismiss, in which Defendant argues Plaintiffs Vicki and Gregory Pope's Complaint must be dismissed for failure to state a claim based on ERISA preemption. Dkt. No. 5. Plaintiffs have filed a response in which they agree this case is governed by ERISA and requesting leave to file an amended complaint. Under Federal Rule of Civil Procedure 15, a party may amend its pleading once "as a matter of course" within "21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). Accordingly, the Court **GRANTS** Plaintiffs' request. Plaintiffs shall e-file their First Amended Complaint by August 28, 2015 (no chambers copy is required). Defendant's Motion to Dismiss is **DENIED AS MOOT**.

  **IT IS SO ORDERED.**

Dated: August 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge