COHEN MCKEON LLP
MICHAEL L. COHEN (SBN: 206253)
HEATHER M. MCKEON (SBN: 186414)
1910 West Sunset Boulevard, Suite 440
Los Angeles, California 90026
Telephone:  (213) 413-6400
Facsimile:   (213) 403-6405
cohen@cohenmckeon.com
mckeon@cohenmckeon.com

Attorneys for Plaintiffs
Vicki Pope and Gregory Pope

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| VICKI POPE, an individual, and GREGORY POPE, an individual<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>OPTUM, UNITED BEHAVIORAL HEALTH, UNITED HEALTHCARE INSURANCE COMPANY, and DOES 1-100, Inclusive,<br><br>　　　　　　Defendants.<br>_____ | **CASE NO.: 3:15-CV-03617-MEJ**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>**Trial Date:  April 28, 2016** |

*[GRANTED stamp — Judge Maria-Elena James, United States District Court, Northern District of California]*

GRANTED. All pending deadlines are VACATED. Parties shall file 45 days from today, 1/13/2016, a Notice of Dismissal of this action.

Dated: 1/13/2016

---

**NOTICE OF CONDITIONAL SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that the parties to this action, plaintiffs Vicki and Gregory Pope and defendants Optum, United Behavioral Health, United Healthcare Insurance Company have agreed to a settlement of this action conditioned only upon completion and execution of a written settlement agreement and stipulation of dismissal, and performance of the agreement. The parties jointly and respectfully request that all pending dates be vacated.

The parties will submit a stipulation for dismissal of this entire action, with prejudice, following the execution and performance of the settlement agreement, and ask the court for forty-five days from the date of this notice within which to file the stipulation.

DATED:  January 13, 2016                COHEN McKEON LLP


                                        By:   s/Heather M. McKeon
                                              Michael L. Cohen
                                              Heather M. McKeon
                                              Attorneys for Plaintiffs
                                              Vicki Pope and Gregory Pope

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Cohen McKeon LLP, 1910 West Sunset Boulevard, Suite 440, Los Angeles, California 90026.

On January 13, 2016, I used the Central District of California's Electronic Case Filing System, with the ECF account registered to Michael L. Cohen, to file the following document(s):

**NOTICE OF CONDITIONAL SETTLEMENT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The Parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2016, at Los Angeles, California.

/S/ ROBIN GRIER
Robin Grier