COHEN MCKEON LLP
MICHAEL L. COHEN (SBN: 206253)
HEATHER M. MCKEON (SBN: 186414)
1910 West Sunset Boulevard, Suite 440
Los Angeles, California 90026
Telephone:  (213) 413-6400
Facsimile:   (213) 403-6405
cohen@cohenmckeon.com
mckeon@cohenmckeon.com
Attorneys for Plaintiffs
Vicki Pope and Gregory Pope

LEWIS BRISBOIS BISGAARD & SMITH LLP
ELISE KLEIN  (SBN:  11712)
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Klein@lewisbrisbois.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI POPE, an individual, and GREGORY POPE, an individual<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>OPTUM, UNITED BEHAVIORAL HEALTH, UNITED HEALTHCARE INSURANCE COMPANY, and DOES 1-100, Inclusive,<br><br>　　　　Defendants.<br>_____ | **CASE NO.: 3:15-CV-03617-MEJ**<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorney fees.

DATED: March 30, 2016  _____

Hon. Maria-Elena James
United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Cohen McKeon LLP, 1910 West Sunset Boulevard, Suite 440, Los Angeles, California 90026.

On March 29, 2016, I used the Central District of California's Electronic Case Filing System, with the ECF account registered to Michael L. Cohen, to file the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The Parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2016, at Los Angeles, California.

/S/ ROBIN GRIER
Robin Grier